# Third District Court of Appeal

## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0978
Lower Tribunal No. F88-38759
_____

**Kenneth Watson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Kenneth Watson, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and  MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.